# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PARISH TILLMAN

VERSUS

JOHN DEERE CONSTRUCTION AND
FORESTRY COMPANY,
INDIVIDUALLY AND AS A
SUCCESSOR IN INTEREST TO
JOHN DEERE INDUSTRIAL
EQUIPMENT COMPANY F/K/A JOHN
DEERE CONSTRUCTION EQUIPMENT
COMPANY AND MATT MARIN

NO.  2024 CW 0394

**JULY 1, 2024**

---

In Re:    Hudson   Excess   Insurance   Company,   applying   for
supervisory writs, 21st Judicial District Court, Parish
of Tangipahoa, No. 202101418.

---

**BEFORE:    THERIOT, PENZATO, AND LANIER, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.**  We find the trial
court erred in the portion of its April 19, 2024 judgment that
granted the motion for partial summary judgment filed by plaintiff,
Parish Tillman.  Plaintiff failed to meet his burden of producing
factual support sufficient to establish there is no genuine issue
of material fact or that he is entitled to judgment as a matter of
law on the issues asserted in his motion.  The policy at issue in
plaintiff's motion is an umbrella policy, and the coverage
provision contained in the policy provides for payment in excess
of the underlying limits. However, none of the underlying insurance
policies were filed with the motion. Moreover, genuine issues of
material fact preclude summary judgment on the issue of whether
Matthew Marin had permission to drive the utility vehicle at the
time of this incident. Therefore, the portion of the trial court's
April 19, 2024 judgment that granted the motion for partial summary
judgment filed by plaintiff, Parish Tillman, is reversed, and his
motion for partial summary judgment is denied.  In all other
respects, this writ application is denied.

**MRT**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT